# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| TANYA DICKSON, | ) | |
| | ) | Case No. 3:17-cv-370 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge H. Bruce Guyton |
| KROGER, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On August 22, 2017, Plaintiff Tanya Dickson filed this *pro se* action as well as an application to proceed *in forma pauperis* (Docs. 1, 2). On August 25, 2017, United States Magistrate Judge H. Bruce Guyton issued a report and recommendation, recommending the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because there is no basis for federal jurisdiction. (Doc. 3.) Plaintiff failed to timely object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

    **SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**